**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rafael MORA–ORTIZ, Defendant–Appellant.**

No. 05–50852.

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2008.*

Filed March 28, 2008.

Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Appellant's request for oral argument is denied.

Debra R. Torres–Reyes, Esq., San Diego, CA, for Defendant–Appellant.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

## MEMORANDUM **

Rafael Mora–Ortiz appeals from his conditional guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Mora–Ortiz contends that the district court erred by failing to dismiss his indictment for illegal re-entry because his predicate deportation and subsequent reinstatement of deportation violated his due process rights. This contention fails because, even assuming Mora–Ortiz exhausted his administrative remedies, he did not demonstrate that he had a plausible ground for relief from deportation, and consequently cannot establish prejudice. *See United States v. Gonzalez–Valerio,* 342 F.3d 1051, 1056–57 (9th Cir.2003).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).